UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:09-cr-00025-JMS-CMM-1 |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| NORMAN HENRY, | (COMPASSIONATE RELEASE) |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is:

☐ DENIED.

☐ DENIED WITHOUT PREJUDICE.

☒ OTHER:

☒ FACTORS CONSIDERED: See attached opinion.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:09-cr-00025-JMS-CMM |
| ) | |
| NORMAN HENRY ) | |
| Defendant. ) | |

### ORDER GRANTING MOTION FOR COMPASSIONATE RELEASE

This matter is before the Court upon Defendant's Motion for Compassionate Release and the Court, being duly advised, now finds the Motion well taken, and that the Motion [79] should be **GRANTED** for the reasons set forth in Defendant's Motion.

The Court finds that Mr. Henry has been diagnosed with a serious and advanced illness with an end-of-life trajectory as contemplated by USSG §1B1.13(b)(1). The government does not oppose the Motion. The parties agree that the diagnosis presents an extraordinary and compelling reason justifying Mr. Henry's immediate release pursuant to 18 U.S.C. § 3582(c)(1)(A).

**IT IS THEREFORE ORDERED** that the defendant's sentence of imprisonment be, and the same hereby is, MODIFIED from 14 months' incarceration to CREDIT FOR TIME SERVED, effective three business days following entry of this Order.

The defendant shall remain subject to all terms and conditions of supervision currently in effect upon his release.

The Government shall file a notice within three days with notification of his release.

Date: 6/5/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification

Distribution to all registered counsel via electronic notification